AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**
Feb 15, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States of America
v.

GARY ELOY LUERAS

*Defendant*

)
)
)   Case No. EP:20-CR-02057-01-DCG
)
)          1:24-MJ-00020 EPG
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Gary Eloy Lueras

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☒ Order of the Court

This offense is briefly described as follows:

A Petition for Action has been filed notifying the undersigned Court, that the defendant violated his conditions of release.

It appearing to this Court, that the defendant may be in violation of his conditions of release, issue this bench warrant for the Defendant's arrest.

Date: 05/04/21

*Issuing officer's signature*

City and state: El Paso, Texas

David C. Guaderrama, United States District Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____

at *(city and state)* _____

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

A true copy of the original, I certify.
Clerk, U.S. District Court
By _____
Deputy

PS 8(12/04)        UNITED STATES DISTRICT COURT
for the
Western District of Texas



U.S.A. vs.                          Docket No. EP:20-CR-02057-01-DCG

GARY ELOY LUERAS

Petition for Action on Conditions of Pretrial Release

COMES NOW Jaime Chairez, U.S. PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Gary Eloy Lueras who was placed under Pretrial Release supervision by the Honorable Miguel A. Torres, U.S. Magistrate Judge sitting in the court at El Paso, Texas, on the 15th day of September 2020, under the following conditions: Refer to Appearance and Compliance Bond filed on September 15, 2020 and Petition for Action on Conditions of Pretrial Release filed with U.S. Clerk's Office on January 06, 2021.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS: United States Pretrial Services alleges the defendant has violated the following condition of his release:

Condition 2: Defendant shall report to the Pretrial Services Office as directed.

Condition 4: Defendant shall reside and comply with residential requirements or restrictions at 400 Blake S.W., Unit #27, Albuquerque, New Mexico 87121, Bernalillo County, New Mexico, cell phone number (915) 990-6564, and at no other place, unless permission to relocate is granted by the Pretrial Services Office. Travel is restricted to Bernalillo County, NM and El Paso County, Texas for court related matters, unless authorized by Pretrial Services. No travel to Mexico or any other foreign country.

A true copy of the original, I certify.
Clerk, U. S. District Court
By _____
Deputy

Lueras, Gary Eloy
Cause No. EP:20-CR-02057-01-DCG
Page - 2 -

On Wednesday, April 28, 2021, Senior United States Probation Officer (USPO) Daniel Stewart from the District of New Mexico – Albuquerque Division contacted Pretrial Services in the Western District of Texas – El Paso Division. Senior USPO Stewart indicated that he has made multiple attempts to contact the defendant via telephone and via text, but to no avail (April 23, 26, 27, 28 and 30, 2021). In addition, Senior USPO Stewart has also attempted to contact Ms. Stacey Dutchover (friend) on April 27, 28 and 29, 2021, but also to no avail. Senior USPO Steward further conveyed that the last time he had contact with the defendant was on February 25, 2021, via telephone.

On Thursday, April 29, 2021, Senior USPO Stewart attempted to conduct a home visit at the defendant's residence located at 4000 Blake, S.W., Unit #27, Albuquerque, New Mexico 87121, but there was no response. Furthermore, Senior USPO Stewart was able to make contact with a City of Albuquerque garbage person, who was collecting in the area and he advised that the house had been vacant for a while. On this same date, assistance was requested from the defendant's attorney, Assistant Federal Public Defender Marie Romero-Martinez in an effort to contact the defendant, but she also advised that she was unable to make contact with the defendant. Therefore, the defendant's whereabouts are unknown at this time.

The defendant did not have permission from Pretrial Services to move residence and has failed to maintain contact with Pretrial Services, as directed to do so.

Assistant United States Attorney Anthony James Rodregous has been notified of Pretrial Services' intent to file a Petition for Action requesting a warrant for arrest be issued.

Lueras, Gary Eloy
Cause No. EP:20-CR-02057-01-DCG
Page - 3 -

PRAYING THAT THE COURT WILL ORDER: That a warrant be issued for the Defendant's arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 04, 2021

*(signature)*
Jaime Chairez
U.S. Pretrial Services Officer
915-861-8576
Place:   El Paso, Texas

## ORDER OF THE COURT

It is, on this ___4th___ day of ___May___, ___2021___ ordered that a warrant of arrest be issued and that the Defendant be brought before the Court for a Bond Revocation Hearing, pursuant to 18 U.S.C. Section 3148, and a Bail Forfeiture Hearing, pursuant to Fed. R. Crim. P.46(f)91).

*(signature)*
David C. Guaderrama
United States District Judge